1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   JOHNNY R. MYLES,                        Case No. 2:14-cv-9122-GJS
                    Plaintiff,
12
             v.                              **JUDGMENT**
13
     CAROLYN W. COLVIN, Acting
14   Commissioner of Social Security,
15                  Defendant.

16       IT IS ADJUDGED that the decision of the Commissioner of the Social Security

17   Administration is AFFIRMED.

18

19

20

21   DATED: July 21, 2015        _____

22                               GAIL J. STANDISH
                                 UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28